TODD A. FREALY (State Bar No. 198780)
CHAPTER 7 TRUSTEE
3403 Tenth Street, Suite 709
Riverside, CA 92501
Telephone: (951) 784-4122
Facsimile: (951) 784-7143
Email: taf@lnbyb.com; taftrustee@lnbyb.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT ALEXANDER MILLER,<br><br>Debtor. | Case No. 6:20-bk-17744-WJ<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required] |

TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT

    Todd Frealy, the duly appointed and acting Chapter 7 Trustee in the above-entitled bankruptcy proceedings, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-entitled proceedings and appropriate notice should be given to creditors to file claims.

DATED:  March 1, 2021

                                  /s/ *Todd A. Frealy*
                                  TODD A. FREALY
                                  Chapter 7 Trustee